JAMES G. POWERS and another, Appellants, *v.* ANTON GROSS, Respondent.

*Costs — Code,* §§ 304 *and* 305.

Where, upon the trial of an action brought to recover damages for the wrongful conversion of personal property, alleged in the complaint to be worth $500, evidence is given tending to show that it was worth more than $400, but the jury bring in a verdict in favor of the plaintiff for thirty-five dollars only, *held,* that the defendant is entitled to recover costs.

*Seaman* v. *Gleckner* (10 S. C. [3 Hun], 119) followed.

Appeal from an order made at the Special Term, denying a motion to readjust costs, and to set aside the taxation of costs by the clerk in the defendant's favor.

*Estes & Barnard,* for appellants. *J. J. Perry,* for respondent.

Opinion by Davis, P. J. Brady and Daniels, JJ., concurred.

Order affirmed, with ten dollars costs and disbursements.